RIVERA HEWITT PAUL LLP
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
2355 Gold Meadow Way, Suite 170
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email:  wmotooka@rhplawyers.com

Attorneys for Defendant COUNTY OF SACRAMENTO

Stephan Airapetian, Esq. (SBN 293348)
Amineh Yousefian, Esq. (SBN 285105)
**STEPHAN FILIP ARAYI**
100 W. Broadway, Suite 1200
Glendale, CA 91204
Tel: (323) 303-3533
Fax: (323) 303- 3534
service@sfalaw.com

Attorneys for Plaintiff,
JOSEPH DUMONT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DUMONT, an individual, | Case No.: 2:25-cv-01396-JAM-CKD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEFENDANT COUNTY OF SACRAMENTO'S TIME TO RESPOND TO THE COMPLAINT TO OCTOBER 06, 2025** |
| COUNTY OF SACRAMENTO, a public entity; CITY OF RANCHO CORDOVA, a public entity; DEPUTY JOHN DOE 1, an individual; DEPUTY JOHN DOE 2, an individual; and DOES 1 to 10, inclusive, | |
| Defendants. | |

WHEREAS plaintiff served the summons and complaint in this action on defendant County of Sacramento on August 12, 2025;

WHEREAS defense counsel for the County was not notified of this assignment until September 17, 2025;

WHEREAS plaintiff's counsel has agreed to extend defendant County's time to respond

to the Complaint to October 6, 2025;

THEREFORE, the parties hereby, by and through their counsel, stipulate as follows:

1. Defendant County shall have an extension of time to respond to the Complaint;

2. Defendant County may respond to the Complaint on or before October 6, 2025.

IT IS SO STIPULATED.

DATE: September 17, 2025        RIVERA HEWITT PAUL LLP

_/s/ Wendy Motooka_
WENDY MOTOOKA
Attorneys for Defendant COUNTY OF SACRAMENTO

DATE: September 17, 2025        STEPHAN FILIP ARAYI

_Armineh Yousefian [as approved on 9-17-2025]_
STEPHAN AIRAPETIAN
ARMINEH YOUSEFIAN
Attorneys for Plaintiff JOSEPH DUMONT

**ORDER**

Having reviewed the Stipulation by and between the parties, and good cause appearing, it is hereby ORDERED that Defendant County of Sacramento's time to respond to the Complaint shall be **EXTENDED** to **October 06, 2025**.

IT IS SO ORDERED.

Dated: September 18, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE