**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants
CITY OF RANCHO CORDOVA
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DUMONT, | CASE NO.  2:25-cv-01396-JAM-CKD |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |
| v. | |
| COUNTY OF SACRAMENTO,  a public entity; CITY OF RANCHO CORDOVA, a public entity; DEPUTY JOHN DOE 1, an individual; DEPUTY JOHN DOE 2, an individual; and DOES 1 to 10, inclusive, | Complaint Filed:  05/16/2025 |
| Defendants. _____/ | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff JOSEPH DUMONT ("Plaintiff"), and Defendant CITY OF RANCHO CORDOVA ("Defendant") (collectively, "Parties"), by and through their respective undersigned counsel, that, pursuant to Local Rule 144(a) and Federal Rule of Civil Procedure Rule 6(b), the time in which Defendants may respond to Plaintiffs' operative Complaint be extended to February 8, 2026, subject to Court approval.

This is the second stipulation for an extension of time between the Parties. The Parties agree that good cause exists for this extension because the defense of the City has been tendered to the County, and new counsel will be assuming the defense of the City in this action.

---

1

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**

**IT IS SO STIPULATED.**

Dated:  January 9, 2026                                    PORTER SCOTT
                                                          A PROFESSIONAL CORPORATION

                                                          By */s/ Carl L. Fessenden*
                                                                Carl L. Fessenden
                                                                Attorneys for Defendant


Dated: January 9, 2026                                    STEPHAN FILIIP AND ARAYI

                                                          By */s/ Armineh Yousefian (*Authorized 01/06/26)
                                                                Armineh Yousefian
                                                                Stephan Airapetian
                                                                Attorneys for Plaintiff

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**

**ORDER**

Good cause appearing, and pursuant to Local Rule 144(a) and Federal Rule of Civil Procedure 6(b),

IT IS HEREBY ORDERED that Defendant CITY OF RANCHO CORDOVA's deadline to respond to Plaintiff JOSEPH DUMONT's operative Complaint is extended.  Defendant CITY OF RANCHO CORDOVA shall respond to the operative Complaint within 30 days of the Court issuing an order on Defendant County of Sacramento's Motion to Dismiss (ECF No. 8).

IT IS SO ORDERED.

Dated:  January 09, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**