ARMINEH YOUSEFIAN (SBN 285105)
STEPHAN FILIP ARAYI
100 W. Broadway Suite 1200
Glendale, CA 91210
Tel:(323) 303.3533
Fax:(323) 303.3534
service@sfalaw.com

Attorneys for Plaintiff,
Joseph Frederic Dumont

RIVERA HEWITT PAUL LLP
JONATHAN B. PAUL, SBN 215884
WENDY MOTOOKA, SBN 233589
2355 Gold Meadow Way, Suite 170
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email:  wmotooka@rhplawyers.com

Attorneys for Defendants COUNTY OF
SACRAMENTO and CITY OF RANCHO
CORDOVA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH FREDERIC DUMONT, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, a public entity; CITY OF RANCHO CORDOVA, a public entity; DEPUTY JOHN DOE 1, an individual; DEPUTY JOHN DOE 2, an individual; and DOES 1 to 10, inclusive;<br><br>Defendants. | Case No.  2:25-cv-01396-JAM-CKD<br><br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CITY OF RANCHO CORDOVA WITHOUT PREJUDICE**<br><br><br><br>**Action Filed: May 16, 2025**<br>**JURY TRIAL DEMANDED** |

1

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CITY OF RANCHO CORDOVA

WHEREAS, plaintiff Joseph Frederic Dumont has filed a civil rights action naming as defendants the County of Sacramento ("County") and the City of Rancho Cordova ("City");

WHEREAS, defendant County moved to dismiss certain claims, the motion was granted (ECF No. 18), and Plaintiff elected not to amend, but instead to proceed on the remaining claims in the Complaint;

WHEREAS, defendant City has moved on similar grounds to dismiss the same claims and this motion remains pending (ECF No. 19);

WHEREAS, defendant County has answered the Complaint;

WHEREAS, the parties are in agreement, based on the information known to date, that defendant City does not appear to be a necessary party to the action;

WHEREAS, the parties wish to expedite and streamline the litigation by dismissing defendant City, thereby mooting the pending motion, and allowing the litigation to proceed to discovery;

WHEREAS, the parties agree that Plaintiff retains his right to amend his complaint to bring the City back into the litigation, should discovery disclose a basis for liability against the City;

THEREFORE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED TO by Plaintiff, Defendant County, and Defendant City, by and through their respective counsel of record, that Defendant City shall be dismissed from the present case without prejudice and without an award of costs or fees to any party based on the following conditions:

1. The Parties agree to deem defendant City's Motion to Dismiss as though it were granted, with the following result:

   - Counts Five and Six – *Monell* Claims-dismissed with leave to amend;
   - Counts Seven and Eight – voluntarily dismissed by Plaintiff without leave to amend;
   - Count Ten – dismissed with respect to any theories or claims of direct liability for negligence against the entity, with leave to amend.

2. The Parties stipulate that Plaintiff reserves the right to doe the City of Rancho Cordova back into the action based on the remaining, active claims against defendant County,

2

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CITY OF RANCHO CORDOVA

should evidence uncovered during discovery give rise to potential liability against the City;

3. The Parties stipulate that should Plaintiff seek to bring the City back into the lawsuit, Plaintiff shall do so no later than the close of fact discovery, and if so, the City will not assert a statute of limitations defense with respect to any claim not currently time-barred as of the date of this Stipulation;

4. The Parties further agree, however, that this Stipulation shall not in any way expand Plaintiff's ability to assert state law torts beyond what is presently permitted under the California Government Claims Act, and therefore that defendant City expressly retains and does not waive the defense of non-compliance with the Claims Act's claims presentation requirements, including but not limited to, Cal. Gov't Code § 911.2 and § 945.4.

IT IS SO STIPULATED.

Dated: April 15, 2026          **STEPHAN FILIP ARAYI**

By:   /s/ Armineh Yousefian   [as authorized on 4-14-2026]
Armineh Yousefian, Esq.
Attorneys for Plaintiff,
Joseph Frederic Dumont

Dated: April 14, 2026          **RIVERA HEWITT PAUL LLP**

By:   /s/ Wendy Motooka
JONATHAN B. PAUL.
WENDY MOTOOKA
Attorneys for Defendants COUNTY OF
SACRAMENTO and CITY OF RANCHO
CORDOVA

3

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CITY OF RANCHO CORDOVA

## ORDER

Having reviewed the Stipulation of the Parties, and good cause appearing, it is hereby **ORDERED** that:

1.      Defendant City of Rancho Cordova shall be **DISMISSED WITHOUT PREJUDICE,** each side to bear their own fees and costs to date;

2.      The City's pending motion to dismiss (ECF No. 19) shall be **DEEMED GRANTED WITH LEAVE TO AMEND** with respect to Claims Five, Six, and Ten;

3.      The City pending motion to dismiss (ECF No. 19) shall be **DEEMED GRANTED WITHOUT LEAVE TO AMEND** with respect to Claims Seven and Eight;

4.      Should discovery give rise to potential liability against the City based on the remaining active claims against defendant County, Plaintiff may bring the City back into the lawsuit before the close of fact discovery; and

5.      If the City is brought back into the case pursuant to this Stipulation, the City shall not raise the statute of limitations as a defense with respect to any claim not already time-barred as of the filing date of this Stipulation, but the City may raise the claims presentation defenses of the California Government Claims Act.

**IT IS SO ORDERED.**

Dated: April 15, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT CITY OF RANCHO CORDOVA